**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No.: 5:23-cv-523

JEANETTE M. SILVIA,
An Individual,

    Plaintiff,

v.

ACAR LEASING LTD., INC.,
A Texas For-Profit Company,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff JEANETTE M. SILVIA, ("Plaintiff") file this Certificate of Interested Persons and Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. JEANETTE M. SILVIA – Plaintiff

    b. SUE YOUR DEALER - A LAW FIRM - Counsel for Plaintiff

    c. JOSHUA FEYGIN, ESQ. - Counsel for Plaintiff

    d. ACAR LEASING LTD., INC., - Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. JEANETTE M. SILVIA

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: August 16, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
SUE YOUR DEALRER- A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for the Plaintiff, JEANETTE M. SILVIA*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685