UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:23-cv-523

JEANETTE M. SILVIA,
An Individual,

    Plaintiff,

v.

A CAR LEASING LTD. INC.,
A Texas For-Profit Company,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: August 17, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE  YOUR  DEALER  –  A  LAW

FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, JEANETTE M. SILVIA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685