IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEANETTE M. SILVIA,**

      **Plaintiff,**

v.

                                                CIVIL ACTION NO.
                                                5:23-cv-00523

**ACAR LEASING LTD., INC.,**

      **Defendant.**

_____/

**DEFENDANT ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing ("GM Financial Leasing"), by and through its undersigned counsel, specifically reserving its right to seek arbitration of plaintiff's claims pursuant to 9 U.S.C. § 1, et seq. and all defenses under Fed. R. Civ. P. 12, hereby moves this Court to extend the time within which it must respond to Plaintiff's Complaint until **September 22, 2023**, and in support states as follows:

1. The Complaint was served on GM Financial Leasing on or about August 18, 2023, making GM Financial Leasing's response due September 8, 2023.

2. The undersigned law firm was recently retained to defend GM Financial Leasing's interest in this lawsuit. The undersigned counsel needs

additional time to investigate the allegations and gather information relating to Plaintiff's claims before filing a response.

3. Therefore, the undersigned requests an additional fourteen (14) days to respond to Plaintiff's Complaint, through and including **September 22, 2023.**

4. This Motion is filed in good faith and not for dilatory purposes.

WHEREFORE, GM Financial Leasing respectfully requests that this Court grant GM Financial Leasing an extension until **September 22, 2023**, within which to respond to Plaintiff's Complaint.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that opposing counsel has confirmed that he does not object to GM Financial Leasing's requested extension.

Respectfully submitted this 5th day of September, 2023.

*s/ Matthew T. Mitchell*
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 540-6600
Facsimile:  (407) 540-6601
mmitchell@burr.com

Attorney for Defendant
ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Joshua Feygin
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208F
Hollywood, FL  33020

                                  *s/ Matthew T. Mitchell*
                                  OF COUNSEL