UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:23-cv-523

JEANETTE M. SILVIA,
An Individual,

    Plaintiff,

v.

A CAR LEASING LTD. INC.,
A Texas For-Profit Company,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, JEANETTE M. SILVIA, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court that Joshua Feygin, Esquire is Plaintiff's lead counsel.

Dated: September 6, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, JEANETTE M. SILVIA*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 6, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                  _____/s/_____
                  JOSHUA FEYGIN, ESQ.
                  FLORIDA BAR NO.: 124685