IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEANETTE M. SILVIA,**

    **Plaintiff,**

v.

**ACAR LEASING LTD., INC.,**

    **Defendant.**

_____/

CIVIL ACTION NO.
5:23-cv-00523

### DEFENDANT ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing ("GM Financial Leasing") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

- GM Financial Leasing is a Delaware statutory trust

- GM Financial Leasing's trustee & sole certificate holder is AmeriCredit Financial Services, Inc. d/b/a GM Financial

1

51650861 v1

- General Motors Financial Company, Inc. is the parent company of and owns 100% of the stock of GM Financial

- General Motors Holdings, LLC, is the parent company of and owns 100% of the stock of General Motors Financial Company, Inc.

- General Motors Holdings, LLC is 100% owned by General Motors Company

- General Motors Company is a publicly traded company on the New York Stock Exchange under the ticker symbol "GM"

- Matthew T. Mitchell, attorney for Defendant

- Burr & Forman LLP, law firm for Defendant

- Jeanette M. Silvia, Plaintiff

- Joshua Feygin, attorney for Plaintiff

- Joshua Feygin, PLLC, law firm for Plaintiff

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome:

- None other than those listed above

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

- Not applicable

4. The name of each person arguably eligible for restitution:

- Not applicable

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 7th day of September, 2023.

*s/ Matthew T. Mitchell*
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 540-6600
Facsimile:  (407) 540-6601
mmitchell@burr.com

Attorney for Defendant
ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Joshua Feygin
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208F
Hollywood, FL  33020

                              *s/ Matthew T. Mitchell*
                              OF COUNSEL

51650861 v1