IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEANETTE M. SILVIA,**

    **Plaintiff,**

v.

**ACAR LEASING LTD., INC.,**

    **Defendant.**

_____/

CIVIL ACTION NO.
5:23-cv-00523

### DEFENDANT ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing ("GM Financial Leasing"), by and through its undersigned counsel, specifically reserving its right to seek arbitration of plaintiff's claims pursuant to 9 U.S.C. § 1, et seq. and all defenses under Fed. R. Civ. P. 12, hereby moves this Court to extend the time within which it must respond to plaintiff Jeanette M. Silvia's ("Plaintiff") Complaint until **October 6, 2023**, and in support states as follows:

1. Plaintiff commenced this action by filing a Complaint against GM Financial Leasing in this Court on or about August 16, 2023. GM Financial Leasing was served with process on August 18, 2023.

51736986 v1

2. On September 5, 2023, GM Financial Leasing filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint requesting an extension until September 22, 2023, which this Court granted.

3. The parties are currently in good-faith settlement negotiations. Accordingly, the undersigned counsel needs the additional time to continue settlement negotiations and prepare a meaningful response to the Complaint if the parties cannot reach a resolution.

4. Therefore, the undersigned requests an additional fourteen (14) days to respond to Plaintiff's Complaint, through and including **October 6, 2023.**

5. This Motion is filed in good faith and not for dilatory purposes.

WHEREFORE, GM Financial Leasing respectfully requests that this Court grant GM Financial Leasing an extension until **October 6, 2023**, within which to respond to Plaintiff's Complaint.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that opposing counsel has confirmed that he does not object to GM Financial Leasing's requested extension.

Respectfully submitted this 20th day of September, 2023.

*s/ Matthew T. Mitchell*
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 540-6600
Facsimile:  (407) 540-6601
mmitchell@burr.com

Attorney for Defendant
ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Joshua Feygin
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208F
Hollywood, FL  33020


                                            *s/ Matthew T. Mitchell*
                                            OF COUNSEL