IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEANETTE M. SILVIA,**

      **Plaintiff,**

v.

**ACAR LEASING LTD., INC.,**

      **Defendant.**

_____/

**CIVIL ACTION NO.
5:23-cv-00523**

## DEFENDANT ACAR LEASING LTD.'S UNOPPOSED MOTION TO COMPEL PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY CASE

Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing ("GM Financial Leasing"), by and through its undersigned counsel, hereby moves this honorable court for an order compelling the claims of Plaintiff Jeanette M. Silvia ("Plaintiff") to arbitration and staying the case during the pendency of the arbitration proceedings.  In support thereof, GM Financial Leasing, states as follows:

1. Plaintiff commenced this action by filing a complaint against GM Financial Leasing on or about August 16, 2023 alleging, among other things, that GM Financial Leasing violated the Federal Consumer Leasing Act, 15 U.S.C. § 1667a, in connection with the servicing of a June 27, 2019 Closed End Motor Vehicle Lease Agreement (the "Contract") (Dkt No.1).

51835225 v1

2. Plaintiff's Contract contains an arbitration provision (the "Arbitration Agreement") providing for mandatory, binding arbitration for any claim or dispute between the Parties at either party's election. (*See* Contract, Ex. A, Dkt No. 1-3).

3. Plaintiff's claims against GM Financial Leasing are subject to arbitration under the Arbitration Agreement. The Arbitration Agreement governs the dispute embodied in the Complaint.

4. GM Financial Leasing respectfully requests that this Court enter an order compelling all of Plaintiff's claims in this action to final, binding arbitration in accordance with the Parties' Arbitration Agreement and that the case be stayed during the pendency of the arbitration proceedings.

**WHEREFORE, PREMISES CONSIDERED,** GM Financial Leasing respectfully requests that this Court enter an Order compelling all of Plaintiff's claims in this action to final, binding arbitration in accordance with the Parties' Arbitration Agreement and that the case be stayed during the pendency of the arbitration proceedings

### LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that opposing counsel has confirmed that he does not object to GM Financial Leasing's Motion.

51835225 v1

Respectfully submitted this 4th day of October, 2023.

*s/ Matthew T. Mitchell*
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
mmitchell@burr.com

Attorney for Defendant
ACAR LEASING LTD. D/B/A
GM FINANCIAL LEASING

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Joshua Feygin
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208F
Hollywood, FL  33020

*s/ Matthew T. Mitchell*
OF COUNSEL

51835225 v1