# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JEANETTE M. SILVIA,

    Plaintiff,

v.                                                 Case No: 5:23-cv-523-JSM-PRL

A CAR LEASING LTD INC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Stay Compel Plaintiff's Claims to Arbitration and Stay Case (Dkt. 16). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Stay Compel Plaintiff's Claims to Arbitration and Stay Case (Dkt. 16) is GRANTED.

2. The case is referred to arbitration as provided for in the governing Arbitration Agreement.

3. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of October, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record