**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No.: 5:23-cv-523

JEANETTE M. SILVIA,
An Individual,

    Plaintiff,

v.

A CAR LEASING LTD. INC.,
A Texas For-Profit Company,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal of this action with prejudice. Each party to bear their own attorney's fees and costs.

Dated: November 16, 2023

Respectfully submitted:

/s/ Joshua E. Feygin
**JOSHUA FEYGIN, ESQ.**
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison St, Suite 208F

52396317 v1

Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, JEANETTE M. SILVIA*

/s/ Matthew T. Mitchell
*MATTHEW T. MITCHELL, ESQ.*
Email:  mmitchell@burr.com
**BURR FOREMAN LLP**
420 N 20th St
Birmingham, AL 33180-2813
Tel: (205) 458-5499
*Counsel for Defendant, ACAR LEASING LTD., INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 16, 2023, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
**Joshua Feygin**
Florida Bar No. 124685

## SERVICE LIST

All counsel of record.

52396317 v1