UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEANETTE M. SILVIA,

    Plaintiff,

v.                                              Case No: 5:23-cv-523-JSM-PRL

A CAR LEASING LTD INC,

    Defendant.
_____

ORDER

This case was stayed and administratively closed on October 4, 2023, to allow the parties to attend arbitration. The parties have filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 18). Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that the stay is hereby lifted and the Clerk is directed to reopen this case. This cause is hereby **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this November 16, 2023.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record